UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 30 PM 2: 13

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**MEMORANDUM**

TO: David Copperthite
Assistant U.S. Attorney

Michael Branch
Reg. No. 41610-037
FCI Mendota
Federal Correctional Institution
P.O. Box 9
Mendota, CA 93640

DATE: November 30, 2015

FROM: Judge Catherine C. Blake

SUBJECT: USA v. Michael Branch, CCB-05-016

---

It appears that Michael Branch is not eligible for a reduction of sentence under Amendment 782 because he is now serving a mandatory minimum of 240 months and because his initial sentence as a career offender was not based on the drug guidelines.

A separate Order follows.